```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

USA

    v.                          Civil No. 11-cv-497-JD

Christopher R. Burns


### ORDER

Re: Document No. 6, Proposed Discovery Plan

Ruling: There being neither an objection nor counter-proposal from defendant, the court approves and adopts Document No. 6 as a pretrial scheduling order with the following modifications: Motions to join additional parties and any third party actions shall be filed on or before May 4, 2012; Motions to Dismiss due on or before April 6, 2012; Motions for Summary Judgment due on or before November 23, 2012; Trial shall occur during the two-week trial period beginning February 20, 2013. In light this discovery order, the pretrial conference currently scheduled to occur on January 10, 2012, is cancelled.


Date:  January 6, 2012                /s/ Landya B. McCafferty
                                      US Magistrate Judge

cc:  Michael McCormack, Esq.
     Christopher Burns, Esq.