UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

    v.                        Civil No. 11-cv-497-JD

<u>Christopher R. Burns</u>


<u>ORDER</u>

Re: Document No. 6, Proposed Discovery Plan

Ruling: There being neither an objection nor counter-proposal from defendant, the court approves and adopts Document No. 6 as a pretrial scheduling order with the following modifications: Motions to join additional parties and any third party actions shall be filed on or before May 4, 2012; Motions to Dismiss due on or before April 6, 2012; Motions for Summary Judgment due on or before November 23, 2012; Trial shall occur during the two-week trial period beginning February 20, 2013. In light this discovery order, the pretrial conference currently scheduled to occur on January 10, 2012, is cancelled.


<u>Date:  January 6, 2012</u>                    <u>/s/ Landya B. McCafferty</u>
                                              US Magistrate Judge


cc:  Michael McCormack, Esq.
     Christopher Burns, Esq.