IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSIRE

United States of America
      v.                          Civil No. 11-497-JD

Christopher R. Burns

ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

Upon Motion of the United States of America, it is

ORDERED that defendant, Christopher R. Burns, appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom No. 1, Concord, New Hampshire, on the 22nd day of April, 2013, at 11:00 AM, for a hearing to establish a schedule for periodic payment of the judgment. It is further

ORDERED that defendant, Christopher R. Burns, on the above-noted date, participate in the disclosure of his financial assets and liabilities by completing the financial statement attached to Plaintiff's Motion as Exhibit B, by providing copies of all documents listed on Exhibit C to Plaintiff's Motion and by further answering any questions propounded by Plaintiff or the Court regarding his financial assets and liabilities and his ability to repay the judgment entered against him on December 13, 2012.

Dated at Concord, New Hampshire this 20th day of March, 2013.

                                        /s/  Joseph A. DiClerico, Jr.
                                        UNITED STATES DISTRICT COURT JUDGE

cc:  Michael T. McCormack, AUSA
     Christopher R. Burns, pro se